# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOBBI D. THOMPSON & EUGENE A. THOMPSON  
1462 MAGNOLIA DRIVE  
CRYSTAL LAKE, IL  60014  
SSN-xxx-xx-0021 & xxx-xx-6586

Case Number: 07-71907

Case filed on: 8/12/2007  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $378.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MATTHEW M LITVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BOBBI D. THOMPSON | 0.00 | 0.00 | 378.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 378.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 246,575.55 | 0.00 | 0.00 | 0.00 |
| 002 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC | 5,574.96 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 252,150.51 | 0.00 | 0.00 | 0.00 |
| 004 | RECOVERY MANAGEMENT SYSTEMS CORP | 134.46 | 134.46 | 0.00 | 0.00 |
| 005 | RECOVERY MANAGEMENT SYSTEMS CORP | 173.46 | 173.46 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 6,457.51 | 6,457.51 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 2,763.23 | 2,763.23 | 0.00 | 0.00 |
| 008 | AMERICAN EXPRESS BANK FSB | 6,149.76 | 6,149.76 | 0.00 | 0.00 |
| 009 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-REAL LLC | 772.79 | 772.79 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | B-REAL LLC | 7,010.47 | 7,010.47 | 0.00 | 0.00 |
| 017 | B-REAL LLC | 4,644.81 | 4,644.81 | 0.00 | 0.00 |
| 018 | CITGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOCIATES | 4,047.15 | 4,047.15 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 19,485.02 | 19,485.02 | 0.00 | 0.00 |
| 021 | DARTMOOR DENTAL PC | 405.67 | 405.67 | 0.00 | 0.00 |
| 022 | DELL FINANCIAL SERVICES LP | 2,071.78 | 2,071.78 | 0.00 | 0.00 |
| 023 | DFS SERVICES LLC | 9,987.35 | 9,987.35 | 0.00 | 0.00 |
| 024 | DFS SERVICES LLC | 3,750.83 | 3,750.83 | 0.00 | 0.00 |
| 025 | DFS SERVICES LLC | 8,949.81 | 8,949.81 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 563.88 | 563.88 | 0.00 | 0.00 |
| 027 | HSBC BANK N/A | 428.62 | 428.62 | 0.00 | 0.00 |
| 028 | HSBC BANK N/A | 501.89 | 501.89 | 0.00 | 0.00 |
| 029 | HSBC BANK N/A | 356.11 | 356.11 | 0.00 | 0.00 |
| 030 | PORTFOLIO RECOVERY ASSOCIATES | 989.03 | 989.03 | 0.00 | 0.00 |
| 031 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 360.30 | 360.30 | 0.00 | 0.00 |
| 033 | PHILLIPS 66 CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | LVNV FUNDING LLC | 8,841.24 | 8,841.24 | 0.00 | 0.00 |
| 036 | TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | US BANK NA | 11,193.70 | 11,193.70 | 0.00 | 0.00 |
| 038 | WFNB - VICTORIAS SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ECAST SETTLEMENT CORPORATION | 1,775.33 | 1,775.33 | 0.00 | 0.00 |
|  | Total Unsecured | 101,814.20 | 101,814.20 | 0.00 | 0.00 |
|  | Grand Total: | 353,964.71 | 101,814.20 | 378.00 | 0.00 |

Total Paid Claimant:        $378.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                By  /s/Heather M. Fagan